# VERIFICATION

STATE OF ____OHIO____ )

COUNTY OF ____CUYAHOGA____ )

I have read the foregoing factual allegations contained in this Verified Complaint and do hereby certify that they are true and correct to the best of my knowledge.

_____
Terpsehore Maras
Plaintiff

**SWORN TO AND SUBSCRIBED** before me this __16th__ day of __AUGUST__, 2021.

_____
Notary Public

My Commission Expires:

__7/6/2025__



SOUHEIL FARAH
Notary Public, State of Ohio
Commission No. 2015-RE-536834
My Commission Expires
July 6, 2025