# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **Terpsehore Maras,** | |
| **Plaintiff,** | **Civil Action No. : 3:21-cv-00636** |
| v. | **JURY DEMAND** |
| **US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,** | |
| **Defendants,** | |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS

COMES NOW Russell A. Newman of The Newman Law Firm and hereby notifies the Court and all counsel of record in the above-referenced matter that Russell A. Newman is no longer affiliated with Hall Booth Smith or Bednarz & Bednarz and any contact information related to said law firms should be removed. Russell A. Newman is now affiliated with The Newman Law Firm and all pleadings, orders, notices of trials, hearings and conferences, correspondence and communications should be directed to Russell A. Newman as follows:

> Russell A. Newman, Esq.
> The Newman Law Firm
> 6688 Nolensville Road
> Suite 108-22
> Brentwood, TN 37027
> Telephone: (615) 554-1510
> Facsimile: (615) 283-3529
> E-mail: russell@thenewmanlawfirm.com

Respectfully submitted this 17th day of August, 2021.

                                      **THE NEWMAN LAW FIRM**

                                      /s/ Russell A. Newman
                                      Russell A. Newman, BPR No. 033462
                                      6688 Nolensville Road
                                      Suite 108-22
                                      Brentwood, TN 37027
                                      (615) 554-1510  (Telephone)
                                      (615) 283-3529  (Facsimile)
                                      E-mail:russell@thenewmanlawfirm.com
                                      *Attorney for Plaintiff Terpsehore Maras*

## CERTIFICATE OF SERVICE

I, Russell A. Newman, hereby certify that I am counsel for Plaintiff Terpsehore Maras and that I will serve a copy of the foregoing **NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS** on opposing counsel of record with the Summons and Complaint.

                                      **THE NEWMAN LAW FIRM**

            By:    /s/ Russell A. Newman
                     Russell A. Newman, BPR # 033462