# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Terpsehore Maras <br> *Plaintiff* <br> v. <br> US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation <br> *Defendant* | Civil Action No. 3:21-cv-00636 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Dominion Voting Systems Corporation
    1201 18th Street
    Suite 210
    Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Russell A. Newman, Esq.
    6688 Nolensville Rd.
    Suite 108-22
    Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/17/2021

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. 3:21-cv-00636

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dominion Voting Systems Corporation__
was received by me on *(date)* __or about August 20, 2021__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Please see below.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12 October 2021

*Russell A. Newman*
Server's signature

Russell A. Newman, Attorney for Plaintiff
Printed name and title

6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
Server's address

Additional information regarding attempted service, etc:

Pursuant to the Federal Rules of Civil Procedure, the Summons, Complaint and Notice of Setting of Initial Case Management Conference was served on the above-referenced Defendant by Certified Mail, Tracking No. 420801129502806694361273421631, on October 4, 2021, and was left with an individual at Dominion Voting Systems Corporation's Registered Agent's address. The signature of the recipient is enclosed.

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Terpsehore Maras | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-00636 |
| US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Dominion Voting Systems, Inc.
>1201 18th Street
>Suite 210
>Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Russell A. Newman, Esq.
>6688 Nolensville Rd.
>Suite 108-22
>Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/17/2021

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. 3:21-cv-00636

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dominion Voting Systems, Inc.__
was received by me on *(date)* __or about August 20, 2021__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __Please see below.__

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12 October 2021__

*Russell A. Newman*
Server's signature

__Russell A. Newman, Attorney for Plaintiff__
Printed name and title

6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
Server's address

Additional information regarding attempted service, etc:

Pursuant to the Federal Rules of Civil Procedure, the Summons, Complaint and Notice of Setting of Initial Case Management Conference was served on the above-referenced Defendant by Certified Mail, Tracking No. 42080112950280669436127342163 1, on October 4, 2021, and was left with an individual at Dominion Voting Systems Corporation's Registered Agent's address. The signature of the recipient is enclosed.

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Terpsehore Maras <br> *Plaintiff* <br> v. <br> US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation <br> *Defendant* | Civil Action No. 3:21-cv-00636 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

US Dominion, Inc.
1201 18th Street
Suite 210
Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Russell A. Newman, Esq.
6688 Nolensville Rd.
Suite 108-22
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/17/2021

*Lindsay Newsom*
*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No. 3:21-cv-00636

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Dominion, Inc.
was received by me on *(date)* or about August 20, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Please see below.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12 October 2021

*Russell A. Newman*
Server's signature

Russell A. Newman, Attorney for Plaintiff
Printed name and title

6688 Nolensville Road
Suite 108-22
Brentwood, TN 37027
Server's address

Additional information regarding attempted service, etc:

Pursuant to the Federal Rules of Civil Procedure, the Summons, Complaint and Notice of Setting of Initial Case Management Conference was served on the above-referenced Defendant by Certified Mail, Tracking No. 42080112950280669436127342163l, on October 4, 2021, and was left with an individual at Dominion Voting Systems Corporation's Registered Agent's address. The signature of the recipient is enclosed.

**From:** DoNotReply@emcreipt.usps.gov
**To:** russell@thewagnerlawfirm.com
**Subject:** USPS eReceipt
**Date:** Thursday, September 30, 2021 12:44:12 AM



```
                         BRENTWOOD
                     8011 BROOKS CHAPEL RD
                     BRENTWOOD, TN 37027-9998
                         (800)275-8777
09/30/2021                                                 12:43 AM
-------------------------------------------------------------------
Product                              Qty         Unit      Price
                                                 Price
-------------------------------------------------------------------
Priority Mail® 2-Day                  1                    $15.50
Med FR Box
    Englewood, CO 80112
    Expected Delivery Date
        Mon 10/04/2021
    Tracking #:
        9502 8066 9436 1273 4216 31
    Insurance                                              $0.00
        Up to $50.00 included
    Certified Mail®                                        $3.75
    e-Return Receipt                                       $1.85
Total                                                     $21.10
-------------------------------------------------------------------
Grand Total:                                              $21.10
-------------------------------------------------------------------
Credit Card Remitted                                      $21.10
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX7163
    Approval #: 07144P
    Transaction #: 769
    Receipt #: 000769
    AID: A0000000041010          Chip
    AL: MASTERCARD
    PIN: Not Required            CAPITAL ONE
-------------------------------------------------------------------

              *****************************************
              USPS is experiencing unprecedented volume
                 increases and limited employee
                 availability due to the impacts of
                COVID-19. We appreciate your patience.
              *****************************************

                    Use label #  for inquiry on
                     Return Receipt (Electronic).

                  For Return Receipt (by email), visit
                  USPS.com, click on Track & Manage and
                 enter Tracking number; click on drop-down
                   arrow under Return Receipt Electronic;
                  enter name and email address and click on
                            Request Email.

                 Text your tracking number to 28777 (2USPS)
                 to get the latest status. Standard Message
                    and Data rates may apply. You may also
                   visit www.usps.com USPS Tracking or call
                              1-800-222-1811.

                       Save this receipt as evidence of
                    insurance. For information on filing an
                              insurance claim go to
                    https://www.usps.com/help/claims.htm

                              Preview your Mail
                              Track your Packages
                             Sign up for FREE @
                      https://informeddelivery.usps.com

                   Earn rewards on your business account
                     purchases of Priority Mail labels
                      with the USPS Loyalty program by
                         using Click and Ship. Visit
                          www.usps.com/smallbizloyalty
                              for more info.

                  All sales final on stamps and postage.
                   Refunds for guaranteed services only.
                       Thank you for your business.

                      Tell us about your experience.
                    Go to: https://postalexperience.com/ssk?mt=13
-------------------------------------------------------------------

UFN: 471020-9550
Receipt #: 840-13700942-1-2222933-1
Clerk: 00
```

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 420801129502806694361273421631

Your item was delivered to an individual at the address at 3:04 pm on October 4, 2021 in ENGLEWOOD, CO 80111.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Left with Individual

October 4, 2021 at 3:04 pm
ENGLEWOOD, CO 80111



Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Return Receipt Electronic ⌃

✓ Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

russell@thenewmanlawfirm.com

---

Tracking History ⌃

Case 3:21-cv-00636   Document 10   Filed 10/12/21   Page 8 of 11 PageID #: 282

**October 4, 2021, 3:04 pm**
Delivered, Left with Individual
ENGLEWOOD, CO 80111
Your item was delivered to an individual at the address at 3:04 pm on October 4, 2021 in ENGLEWOOD, CO 80111.

**October 2, 2021, 7:42 pm**
Delivery Attempted - No Access to Delivery Location
ENGLEWOOD, CO 80112

**October 2, 2021, 4:21 pm**
Delivery Attempted - No Access to Delivery Location
ENGLEWOOD, CO 80112

**October 2, 2021, 6:32 am**
Out for Delivery
ENGLEWOOD, CO 80112

**October 2, 2021, 6:21 am**
Arrived at Post Office
ENGLEWOOD, CO 80112

**October 2, 2021, 4:49 am**
Arrived at USPS Facility
ENGLEWOOD, CO 80112

**October 2, 2021, 4:01 am**
Arrived at USPS Regional Facility
DENVER CO DISTRIBUTION CENTER

**October 2, 2021, 3:38 am**
Departed USPS Regional Facility
DENVER CO NETWORK DISTRIBUTION CENTER

**October 1, 2021, 8:43 pm**
Arrived at USPS Regional Destination Facility
DENVER CO NETWORK DISTRIBUTION CENTER

Feedback

**October 1, 2021**
In Transit to Next Facility

**September 30, 2021, 5:00 pm**
Arrived at USPS Regional Origin Facility
NASHVILLE TN DISTRIBUTION CENTER ANNEX

**September 30, 2021, 11:37 am**
Acceptance
BRENTWOOD, TN 37024

**September 30, 2021**
USPS expects item for mailing (SSK)
BRENTWOOD, TN 37027

**USPS Tracking Plus™**

**Product Information**

Feedback

**See Less** ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**



October 12, 2021

Dear Russell Newman:

The following is in response to your request for proof of delivery on your item with the tracking number:
**4208 0112 9502 8066 9436 1273 4216 31**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | October 4, 2021, 3:04 pm |
| Location: | ENGLEWOOD, CO 80111 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 183lb, 0.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004