# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TERPSEHORE MARAS,         )<br>                                             )<br>     Plaintiff,                          )<br>                                             )<br>v.                                          )<br>                                             )<br>US DOMINION, INC., ET AL., )<br>                                             )<br>     Defendants                      ) | Civil No. 3:21cv-00636<br>Judge Trauger |

## ORDER

It is hereby ORDERED that the initial case management conference scheduled for October 18, 2021 is RESET for Wednesday, November 10, 2021 at 3:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge