IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERPSEHORE MARAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21cv-00636 |
| | ) | Judge Trauger |
| US DOMINION, INC., ET AL., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

It is hereby ORDERED that the initial case management conference scheduled for November 10, 2021 is hereby RESET for November 3, 2021 at 4:00 p.m. and will be held in Judge Trauger's courtroom. Lead counsel for each party shall participate in the conference. All participants will be masked and socially distanced during the conference

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge