IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERPSEHORE MARAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-CV-00636 |
| v. | ) |
| | ) Judge Aleta A. Trauger |
| US DOMINION, INC., DOMINION | ) |
| VOTING SYSTEMS, INC., and | ) |
| DOMINION VOTING SYSTEMS | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

W. Scott Sims hereby enters an appearance as a counsel of record for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation in the above-captioned matter.

                                                    Respectfully submitted,

                                                    /s/ *W. Scott Sims*
                                                    W. Scott Sims (#17563)
                                                    D. Gil Schuette (#30336)
                                                    SIMS|FUNK, PLC
                                                    3322 West End Ave, Suite 200
                                                    Nashville, TN 37203
                                                    (615) 292-9335
                                                    (615) 649-8565 (fax)
                                                    ssims@simsfunk.com
                                                    gschuette@simsfunk.com

                                                    *Attorneys for Defendants*

02558400

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was served on the following individuals via the Court's CM/ECF system on October 25, 2021:

Russell A. Newman
The Newman Law Firm
6688 Nolensville Road, Suite 108-22
Brentwood, TN 37027
615-554-1510
615-283-3529 (fax)
russell@thenewmanlawfirm.com

/s/ *W. Scott Sims*

02558400　　　　　　　　　　　　　　　2

Case 3:21-cv-00636   Document 13   Filed 10/25/21   Page 2 of 2 PageID #: 289