# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TERPSEHORE MARAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-CV-00636 |
| v. | ) |
| | ) Judge Aleta A. Trauger |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

D. Gil Schuette hereby enters an appearance as a counsel of record for Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation in the above-captioned matter.

    Respectfully submitted,

/s/ *D. Gil Schuette*
W. Scott Sims (#17563)
D. Gil Schuette (#30336)
SIMS|FUNK, PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
(615) 292-9335
(615) 649-8565 (fax)
ssims@simsfunk.com
gschuette@simsfunk.com

*Attorneys for Defendants*

02558402

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing was served on the following individuals via the Court's CM/ECF system on October 25, 2021:

Russell A. Newman
The Newman Law Firm
6688 Nolensville Road, Suite 108-22
Brentwood, TN 37027
615-554-1510
615-283-3529 (fax)
russell@thenewmanlawfirm.com

               /s/ *D. Gil Schuette*