# EXHIBIT A

| | |
|---|---|
| **From:** | Scott Sims |
| **Sent:** | Monday, October 25, 2021 11:05 AM |
| **To:** | russell@thenewmanlawfirm.com |
| **Cc:** | Gil Schuette |
| **Subject:** | Maras v. Dominion Voting |

Russell, we have just been hired to represent the Dominion entities in this litigation. I am unsure whether our response to the complaint is due today or tomorrow, but we need an extension. I called your office but could not leave a message because your mailbox is full.

Would you oppose an extension to November 19? Let me know today if you can.

We look forward to working with you.

WSS



**W. SCOTT SIMS**
SIMS|FUNK, PLC
3322 West End Ave., #200 | Nashville, TN 37203
direct (615) 454-2053 | main (615) 292-9335 | fax (615) 649-8565
ssims@simsfunk.com | www.simsfunk.com

THIS IS A CONFIDENTIAL COMMUNICATION protected by the attorney-client privilege and the work product doctrine. If you are not the intended recipient of this communication, please delete it immediately without opening any attachments. Please notify the sender by reply e-mail that you received this e-mail in error or call (615) 292-9335.