# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **Terpsehore Maras,** | |
| Plaintiff, | Civil Action No.: 3:21-cv-00636 |
| v. | JUDGE |
| **US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,** | |
| Defendants, | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Terpsehore Maras and, pursuant to Fed. R. Civ. P. 41(a)(1)(A), and voluntarily dismisses **without prejudice** Plaintiff's Complaint against Defendants, US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation.

Respectfully submitted this 25th day of October, 2021.

        **THE NEWMAN LAW FIRM**

        /s/ Russell A. Newman _____
        Russell A. Newman, BPR No. 033462
        6688 Nolensville Road
        Suite 108-22
        Brentwood, TN 37027
        (615) 554-1510 (Telephone)
        (615) 283-3529 (Facsimile)
        E-mail: russell@thenewmanlawfirm.com
        *Attorney for Plaintiff Terpsehore Maras*

## CERTIFICATE OF SERVICE

I, Russell A. Newman, do hereby certify that I am counsel for Plaintiff Terpsehore Maras in the above-captioned matter and that a copy of the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served for counselors of record for Defendants by electronic means via the Court's electronic filing system and by mail, postage prepaid, as follows:

W. Scott Sims, Esq.
D. Gil Schuette, Esq.
SIMS │ Funk, PLC
3322 West End Ave.
Suite 200
Nashville, TN 37203
(615) 292-9355  (Telephone)
(615) 649-8565  (Facsimile)
ssims@simsfunk.com
gschuette@simsfunk.com

Respectfully submitted this 25th day of October, 2021.

**THE NEWMAN LAW FIRM**

By:   /s/ Russell A. Newman
Russell A. Newman, BPR # 033462