Motion DENIED AS MOOT.
*[signature]*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERPSEHORE MARAS, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:21-CV-00636 |
| | ) |
| v. | ) Judge Aleta A. Trauger |
| | ) |
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) |
| | ) |
| Defendants, | ) |

___

**DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**
___

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants US Dominion, Inc., Dominion Voting Systems, Inc, and Dominion Voting Systems Corporation (collectively "Dominion") respectfully move the Court for an extension of time for Defendants to answer or otherwise respond to the Complaint in this case to **November 19, 2021**.

1. The original Complaint in this action was filed on August 16, 2021, and Dominion was served with the Complaint on or about October 6, 2021.

2. Counsel for Dominion was retained on October 25, 2021, and is in the process of investigating the allegations against Dominion.